(INND Rev. 1/21)                                                                                        page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**FILED**

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]  **21 2022**

At _____ M
GARY L., Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Robert W Graves ,

[*You are the **PLAINTIFF**, print your full name on this line.*]

v.

W.S Atlantic LLC ,

[*The **DEFENDANT** is who you are suing.*]

Case Number __2:22cv395__

[*For a new case in this court, leave blank.
The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 14501 Ingleside Ave
   Dolton IL 60419

2. My telephone number is: (312) 877-4846

3. The Defendant's address is: 12 Norman Rd, Bar Harbor, Maine, 04004

4. This action is brought for employment discrimination pursuant to:

   ○ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [*race, color, gender, religion, national origin*]

   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ● Other: legal rights

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the

   Indiana Civil Rights Commission on: _____

6. The date on my Notice of Right to Sue letter is: 11/29/2022

7. The date I received my Notice of Right to Sue letter was: 11/29/2022

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Robert W Graves is writing to imform you all of one of the law that I fill was disobeyed. That is not allowing People assess to paystubs. I found out from calling the employee Hotline this year the app I should've used is called alight.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 1/21)                                                                                        page 3

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Stop giving people falsified information

stop taking people under the age of 21 to bars

stop telling people we need to talk to our manager first when asking hotel manager a question

know how to maintain a positive attitude

stop sharing confidential info

DOCUMENTS – I have attached a copy of the following documents:

◉ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

○ Notice of Right to Sue letter

○ Other: _____

_____

FILING FEE – Are you paying the filing fee?

◉ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_RG_  I will keep a copy of this complaint for my records.

_RG_  I will promptly notify the court of any change of address.

_RG_  I declare **under penalty of perjury** that the statements in this complaint are true.

R. Graves                                                              12-21-2022
Signature                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Maine Human Rights Commision
Case # E22-0065

7-14-22

To Whom It May Concern:

I'm writing this letter in regards to a complaint that was filed against W.S Atlantic in March 2020. This letter is my final response that took place while working at W.S Atlantic known as Hampton Inn in Bar Harbor, Maine.

I started working at the Hampton Inn April 25, 2021. During that time I asked management how to access my pay stubs. I was informed that there was a change to the system due to the ADP lawsuit (this company cut our paychecks). I was told that my pay stubs would be mailed to the house. I agreed to go paperless. Initially, I wasn't given access to the App. However, I lied to them and told them that the State wanted my pay stubs and was immediately given access to the App.

Also, W.S Atlantic violated labor laws. First, they scheduled me to work 8 days in a row without time off (see work schedule already sent in). This occurred Aug 23-Aug 30 2021. I also was given additional duties that consisted of construction duty without the proper equipment. My role at that time was a Houseman. My duties were to keep the floor that I was assigned to clean and to take out the trash not construction. I was given a directive to strip down the inside of a house (wall and floors). I went to one of my managers about my work schedule but was told that no one was working no more than six days in a row. My concern was ignored.

Another issue was my redemption pay for May 2021. The redemption pay was a reimbursement for meals that I purchased. I was informed by one of the managers that I would receive 50% back off of each meal. However; another manager stated that the redemption pay doesn't exist (See paystub for May that showed redemption pay on it). I didn't receive any redemption pay for the year 2020 (June-Nov).

I was also harassed by the maintenance manager. He verbally abused me by cursing at me over the placement of trash that was taken out. Although I didn't take the trash out on my day off, whoever covered for me placed the trash in the wrong area of the garbage can. As a result, I would get cursed out the next day. I was also accused of leaving two of the doors opened and was cursed out by the same maintenance manager. If you have any additional questions, feel free to contact me at 312-877-4896.


Sincerely;

Robert Graves
Robert Graves

RECEIVED on JUL 1 4 2022 by
Maine Human Rights Commission

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/29/2022

**To:** Robert Graves
14501 S Ingleside
Dolton, IL 60419

Charge No: 16B-2022-00466

EEOC Representative and email:     Amon Kinsey
Supervisory Investigator
amon.kinsey@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
11/29/2022
Timothy Riera
Acting District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 16B-2022-00466 to the District Director at Timothy Riera, 33 Whitehall St 5th Floor

New York, NY 10004.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

**Cc:**
W.S Atlantic Llc
Linda Shelton, President
P.o Box 219
Hulls Cove, Maine 04644

Please retain this notice for your records.